UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, Successor to NATIONAL CITY BANK, N.A., <br><br>  Plaintiff, <br><br> vs. <br><br> HAVENHILLS INVESTMENT COMPANY, LLC, a Missouri limited liability company, et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:15-cv-00483-DGW |

### ORDER GRANTING RECEIVER'S
### SECOND APPLICATION FOR COMPENSATION

This matter is before the Court on the Receiver's Second Application for Compensation (the "Application"), filed by Pace Properties, Inc., a Missouri corporation ("Pace"), seeking the Court's approval of Pace's payment to Greensfelder, Hemker & Gale, P.C. (the "Firm") for services provided by the Firm to Pace in its role as receiver herein, and seeking an order for Plaintiff, PNC Bank, National Association ("PNC") to reimburse Pace for such payment to the Firm (Doc. 152).  The Court being fully advised, **GRANTS** Pace's Second Application for Compensation.

**IT IS HEREBY ORDERED**:  The Receiver shall pay the Firm the amount of $2,116.50 for the services rendered February 1, 2016 through June 30, 2016 pursuant to the Firm's Invoice Nos. 524918, 534042, 536060, and 538221; and PNC shall reimburse Pace in the amount of $2,116.50 within 10 days of the entry of this Order.

Counsel for Pace shall serve a copy of this Order by mail to all parties not served electronically.

**IT IS SO ORDERED.**

**DATED: October 21, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**