UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, Successor to NATIONAL CITY BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> HAVENHILLS INVESTMENT COMPANY, LLC, a Missouri limited liability company, et al., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-00483-DGW<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING RECEIVER'S**
**FINAL APPLICATION FOR COMPENSATION AND DISCHARGE**

This matter is before the Court on the Receiver's Final Application for Compensation and Discharge (the "Final Application"), filed by Pace Properties, Inc., a Missouri corporation ("Pace"), seeking the Court's approval of Pace's payment to Greensfelder, Hemker & Gale, P.C. (the "Firm") for services provided by the Firm to Pace in its role as receiver herein, seeking an order for Plaintiff, PNC Bank, National Association ("PNC") to reimburse Pace for such payment to the Firm and for payment of any outstanding bills in the conclusion of this matter, and seeking a discharge of Pace as Receiver herein.   The Court being fully advised, **GRANTS** Pace's Final Application for Compensation and Discharge (Doc. 161).

**IT IS HEREBY ORDERED**: Pace shall pay the Firm the amount of $1,405.50 for the services rendered July 1, 2016 through August 31, 2016 pursuant to the Firm's Invoice Nos. 543189 and 545025 and up to $5,000.00 for the final services from September 1, 2016 through such time that Pace is discharged as Receiver and all bills are final.

**IT IS FURTHER ORDERED** that PNC shall reimburse Pace in the amount of $1,405.50 within 10 days of the entry of this Order and up to the amount of $5,000.00 as may be invoiced to Pace within 10 days of receipt of copies evidencing such services.

**IT IS FURTHER ORDERED** that PNC shall reimburse Pace for any outstanding expenses relating to its duties as Receiver as they may come due in the conclusion of this matter within 10 days of receipt of copies evidencing such expenses.

**IT IS FURTHER ORDERED** that Pace shall use all remaining funds in the receivership checking account to pay any outstanding expenses relating to its duties as Receiver, including the monthly receivership fee and the legal services incurred by Pace herein.

**IT IS FURTHER ORDERED** that Pace has been diligent at all times in its duties as Receiver in accordance with the orders of this Court and is hereby discharged of its duties as Receiver herein.

Counsel for Pace shall serve a copy of this Order by mail to all parties not served electronically.

**IT IS SO ORDERED.**

**DATED: October 21, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**